904

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of MYRA HOUGHTON, Respondent, against JULIA K. ROBINSON et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of LOUISE DODD, Respondent, against NORTH PATCHOGUE FIRE DISTRICT, Appellant, and FIREMAN'S FUND INDEMNITY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—